UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 24-378-HDV(E) | Date | June 13, 2025 |
|---|---|---|---|
| Title | MELISSA FAIR, ET AL. v. GREGORY R. ROSEN, M.D., ET AL. | | |

Present: The Honorable    Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| None | None |

**Proceedings:**        **(IN CHAMBERS)**

The Magistrate Judge has read and considered all papers filed in support of and in opposition to "Plaintiffs' Motion to Compel, etc." ("the Motion"), filed May 20, 2025.  The previously noticed June 20, 2025 hearing is vacated.  The Magistrate Judge has taken the Motion under submission without oral argument.

Plaintiffs did not fully comply with Local Rule 37-2.1.  The Magistrate Judge usually requires strict compliance with Local Rule 37.  As to the present Motion, however, the Magistrate Judge has elected to disregard the violations of Local Rule 37-2.1 in order to hasten resolution of the disputes reflected in the Motion.  Even so, the parties should comply strictly with Local Rule 37 in the future.

To the extent Defendants have not already done so, Defendants shall, on or before July 3, 2025, produce in reasonably useable form the documents within Defendants' possession, custody or control located after a reasonable and diligent search responsive to Requests for Production Nos. 1, 2, 9 (limited to documents reflecting any such racial covenants), 22 (limited to the time period 2011-21 and limited to documents sufficient to show such information concerning race and ethnicity), 25 (limited to the time period 2011-21 and limited to documents sufficient to show such information concerning race and ethnicity), 29, 31, 32, 33, 34, 35, 36, 37, 38 (limited to documents sufficient to show the race and ethnicity of the donors of such embryos), 39, 40, 41, 42, 43, 44, 45, 46 and 47 (to the extent required by the nature of Defendants' production).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 24-378-HDV(E) | Date | June 13, 2025 |
|---|---|---|---|

| Title | MELISSA FAIR, ET AL. v. GREGORY R. ROSEN, M.D., ET AL. |
|---|---|

To the extent the Motion has been granted, the Magistrate Judge has found:  (1) the information compelled is relevant to the claims or defenses and proportional to the needs of the case, within the meaning of Rule 26(b)(1) of the Federal Rules of Civil Procedure; and (2) the information compelled is nonprivileged or, if subject to a qualified privilege (such as privacy) Plaintiffs' need for the information outweighs the interests of Defendants and others in maintaining the alleged confidentiality of the information under the circumstances presented, including the Protective Order, filed April 16, 2025.

Except as expressly stated herein, the Motion is denied.  The Motion is denied as to Requests for Production Nos. 3 (as unreasonably overbroad and not proportional to the needs of the case), 4 (as unreasonably overbroad and not proportional to the needs of the case), 5 (as unreasonably overbroad and not proportional to the needs of the case), 6 (as unreasonably overbroad and not proportional to the needs of the case), 7 (as unreasonably overbroad and not proportional to the needs of the case), 8 (as unreasonably overbroad and not proportional to the needs of the case), 10 (as not relevant to the claims or defenses or proportional to the needs of the case), 11 (as unreasonably overbroad and not proportional to the needs of the case), 12 (as unreasonably overbroad and not proportional to the needs of the case), 13 (as unreasonably overbroad and not proportional to the needs of the case), 14 (as unreasonably overbroad and not proportional to the needs of the case), 15 (as unreasonably overbroad and not proportional to the needs of the case), 16 (as unreasonably overbroad and not proportional to the needs of the case), 17 (as unreasonably overbroad and not proportional to the needs of the case), 18 (as unreasonably overbroad and not proportional to the needs of the case), 19 (as unreasonably overbroad and not proportional to the needs of the case), 20 (as unreasonably overbroad and not proportional to the needs of the case), 21 (as unreasonably overbroad and not proportional to the needs of the case), 23 (as vague, ambiguous, unreasonably overbroad and not proportional to the needs of the case), 24 (as vague, ambiguous, unreasonably overbroad and not proportional to the needs of the case), 26 (as vague, ambiguous, unreasonably overbroad and not proportional to the needs of the case), 27 (as unreasonably overbroad and not proportional to the needs of the case), 28 (as unreasonably overbroad and not proportional to the needs of the case) and 30 (as cumulative of Request for Production No. 29).

cc:     Judge Vera
        Plaintiffs
        All Counsel of Record                                    Initials of Deputy Clerk  VMUN